```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

```
ANNIE B. CLAUSELL,                 )
                                   )
     Plaintiff,                    )
                                   )
vs.                                ) Civil Action No.04-00193-BH-B
                                   )
JO ANNE B. BARNHART,               )
Commissioner of                    )
Social Security,                   )
                                   )
     Defendant.                    )
```

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff's claim for supplemental security income be **AFFIRMED.**

**DONE** and **ORDERED** this the 4th day of November, 2005.

                              s/ W. B. Hand
                           SENIOR DISTRICT JUDGE